Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Mary Kate Brennan (MB 5595)
mbrennan@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*Allstar Marketing Group, LLC*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTAR MARKETING GROUP, LLC, *Plaintiff*<br><br>v.<br><br>24X7, *et al.*,<br>*Defendants* | **CIVIL ACTION No.**<br>**1:18-cv-9043 (JSR)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Allstar Marketing Group, LLC ("Allstar" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants Banna, Bluesky911, Bridgenorthstore, bubblesummer, caribbeanblue, chendisheng2016, childold, Creativity, flyfang, geekmom, gloomymondy, glutinousrice, HangingFriedDay, Hisscreen, Home happiness, Kolomna, LeLecook, LeLeCooking, lichengli21, maybuymoon, MlqJmh, noNoMore, Oncetheintersection, Quickool464, Sexy Boutique Store, shanliangdengchang, shaoling01yang, smartlife123,

1

socoolcool, tasteforlife, Untiltheend, Wang kun furniture stores, Wei Feng home supplies franchise stores, wrr1985, xiangxiego, xinniankuaile and Yingsong260 in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: January 2, 2019

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: _____

Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Allstar Marketing Group, LLC*

**It is so ORDERED.**

Signed at New York, NY on ___1/7/___, 2019.

_____
Judge Jed S. Rakoff
United States District Judge

2